IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADNAN ABDULKADIM ALKHAFAJI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0670 |
| | ) | Judge Trauger |
| ALBERTO GONZALES, U.S. ATTORNEY | ) | Magistrate Judge Bryant |
| GENERAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 25, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 15) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss (Docket No. 11) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 13th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge